# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00198-CV

**C. B. Thomson, Chief Surveyor, Texas General Land Office, Appellant**

**v.**

**W. L. Dixon, A. W. Witcher, and Barton McDonald, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. GN204568, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Agreed Motion

Filed:   June 19, 2003